FILED

02/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0402

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0402

_____

THOMAS MANN POST NO. 81 OF THE
AMERICAN LEGION, DEPARTMENT OF
MONTANA, a Montana public benefit
corporation, and the TOWN OF CULBERTSON, a
political subdivision of the State of Montana, et al.,

      Plaintiffs, Counterdefendants,
      and Appellees.

     v.

KNUDSEN FAMILY LIMITED PARTNERSHIP,

      Defendant, Counterclaimant,
      and Appellant.

O R D E R

_____

Pursuant to Appellant's motion for extension of time to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 16, 2022, within which to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 22 2022